**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES HENRY GREEN, | ) |
| Plaintiff, | ) 3:09-cv-0206-ECR-VPC |
| vs. | ) **ORDER** |
| CREG COX, *et al*., | ) |
| Defendants. | ) |

Plaintiff James Henry Green, has paid the full filing fee and filed a Complaint alleging violations of his constitutional rights under 42 U.S.C. § 1983.  The complaint has been reviewed pursuant to 28 U.S.C. § 1915 and plaintiff has been advised to file an amended complaint.  He has also filed a motion for default judgment (docket #5).  This motion is premature, as no defendant will be served with process in this action until after the court has reviewed the amended complaint and enters an order directing the same.

**IT IS THEREFORE ORDERED** that the motion for default judgment (docket #5) is **DENIED.**

DATED this 14th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE