UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES H. GREEN, | ) | 3:09-CV-0206-ECR (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 27, 2011 |
| MARTIN DOOLEY, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     A motion to dismiss (#21) is fully briefed by the parties and is under submission with the court. No further briefing is required at this time in this case. Therefore, plaintiff's request for an immediate extension of prison's copy work limit (#33) is **DENIED**.

     **IT IS SO ORDERED.**

                                                                LANCE S. WILSON, CLERK

                            By:          /s/
                                       Deputy Clerk