# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES HENRY GREEN, | ) | 3:09-CV-0206-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 28, 2011 |
| | ) | |
| GREG COX, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion for stay or, alternatively, motion for enlargement of time (#39) is **GRANTED**.  Defendants shall have to and including twenty (20) days following the District Court's order on the report and recommendation (#49) to file an opposition to plaintiff's motion for temporary restraining order and preliminary injunction (#37/38).  No further extensions of time shall be granted.

Plaintiff's motion for transfer of plaintiff's funds from his savings account to facilitate copywork (#40) is **DENIED**.  However, the court will allow plaintiff a one-time opportunity to exceed his photocopy limit in the amount of $10.00 in order to properly prosecute this case.  The additional $10.00 shall be added to plaintiff's prison account to be paid when plaintiff has funds available.  Plaintiff is cautioned that he should carefully consider the documents he intends to copy as the court will not allow plaintiff to exceed the copy limit in this case by more than $10.00 under any circumstance.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
         Deputy Clerk