UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES HENRY GREEN, | Case No. 3:09-cv-00206-ECR-VPC |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | |
| | Date: October 21 , 2011 |
| GREG COX, et al., | |
| Defendants. | |

PRESENT:   EDWARD C. REED, JR.            U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN     Reporter:   NONE APPEARING

Counsel for Plaintiff(s)           NONE APPEARING

Counsel for Defendant(s)           NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

On September 1, 2011, the Magistrate Judge filed a Report and Recommendation (#49) that Plaintiff's claim with respect to disciplinary charges 227085 and 227964 be dismissed for failure to exhaust; and that summary judgment be granted in favor of Defendants with respect to disciplinary charge 119403.

Plaintiff filed objections (#53) to the Report and Recommendation. Defendants responded to Plaintiff's objections (#55). Plaintiff's objections to the Report and Recommendation do not provide a basis to overturn the Report and Recommendation of the Magistrate Judge

IT IS THEREFORE ORDERED that the Report and Recommendation (#49) is well taken and is **APPROVED** and **ADOPTED**.

1      IT IS THEREFORE ORDERED that Defendants' motion to dismiss (#21) Plaintiff's retaliation claims with respect to disciplinary charges 227085 and 227964 for failure to exhaust is GRANTED.

     IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (#21) is DENIED as moot with respect to disciplinary charge 199403 for failure to state a claim in light of the grant of summary judgment in favor of Defendants on that claim.

     IT IS FURTHER ORDERED that Defendants' motion for summary judgment (#21) with respect to disciplinary charge 199403 is GRANTED.

     IT IS FURTHER ORDERED that Defendants' request for sanctions (#21) is DENIED.  The Plaintiff's actions do not warrant sanctions.

     IT IS FURTHER ORDERED that Plaintiff's request for an investigation by the U.S. Attorneys' Office is DENIED as moot in accordance with the recommendation of the Magistrate Judge.

     IT IS FURTHER ORDERED that in light of the granting of summary judgment (#21) in favor of Defendants and granting of the motion to dismiss (#21) in favor of Defendants that Plaintiff's motion (#37) for temporary restraining order and motion (#38) for preliminary injunction are DENIED.

     IT IS FURTHER ORDERED that the Clerk shall enter judgment accordingly.

                           LANCE S. WILSON, CLERK

                           By   /s/
                                Deputy Clerk