AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

JAMES HENRY GREEN,

     Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

         CASE NUMBER: **3:09-cv-00206-ECR-VPC**

GREG COX, et al.,

     Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation is well taken and is APPROVED and ADOPTED. Defendants' motion to dismiss Plaintiff's retaliation claims with respect to disciplinary charges 227085 and 227964 for failure to exhaust (Dkt. #21) is GRANTED.
     **FURTHER ORDERED AND ADJUDGED** Defendants' motion for summary judgment (Dkt. #21) with respect to disciplinary charge 199403 is GRANTED.

  October 21, 2011                       **LANCE S. WILSON**
                                                    Clerk

                                                     /s/ Katie Lynn Ogden
                                                       Deputy Clerk